# Exhibit 46

# Exhibit 46 is filed under seal